UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PEDRO ORTEGA also known as PETER ORTEGA,

                                           Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, DETECTIVE JAMES LAMENDOLA, SHIELD #281, DETECTIVE "JOHN" MURRAY, DETECTIVE SAL ZISA AND OTHER UNNAMED POLICE OFFICERS,

                                           Defendant.

**STIPULATION DISCONTINUING FOURTH CAUSE OF ACTION ALLEGING FEDERAL CIVIL RIGHTS VIOLATIONS**

Docket No.: 08 CV 6262

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for the Plaintiff and Defendant **THE CITY OF NEW YORK** that whereas none of these parties is an infant or incompetent person for whom a committee has been appointed and no person not one of these named parties has an interest in the subject matter of the action, the Fourth Cause of Action alleging a violation of the Plaintiff's Federal civil rights pursuant to 42 USC §1983 in the above entitled action be, as against **THE CITY OF NEW YORK and THE NEW YORK CITY POLICE DEPARTMENT and all other Defendants and the same is hereby discontinued, with prejudice**, and without costs to either party as against the other.

Dated:      Bronx, New York
              July 21, 2008

_____
ELLIOT H. FULD
Attorney for the Plaintiff PEDRO ORTEGA also known as PETER ORTEGA
930 Grand Concourse-Suite 1G
Bronx, NY 10451
(718) 410-4111

_____
Michael A. Cardozo, Esq.-For Defendant
THE CITY OF NEW YORK
Corporation Counsel of the City of NY
Law Dept.-100 Church Street
New York, New York 10007
By: Asst. Corp. Counsel Gabriele A. Shakeri
(212) 442-0323