UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PEDRO ORTEGA, etc.,

        Plaintiff,

-against-                       08 Civ. 6262 (LAK)

THE CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's unopposed motion to remand this action to the state court from which it was removed is granted.

        SO ORDERED.

Dated:    September 3, 2008

                                                  /s/ Lewis A. Kaplan
                                                  Lewis A. Kaplan
                                                  United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```